1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant RODRIGUEZ
5

6

7
                     IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )
                                       )   No. CR 06-00319-DLJ
11              Plaintiff,             )
                                       )   STIPULATION OF PARTIES; ORDER
12       v.                            )   CONTINUING DATES
                                       )
13 DENNIS DANIEL SISON                 )
   RODRIGUEZ                           )
14                                     )
                Defendants.            )
15                                     )

16

17
         IT IS HEREBY STIPULATED, by and between the parties to this action, that the
18
   REVOCATION STATUS HEARING date of March 16, 2007, presently scheduled at 9:00 a.m.,
19
   before the Honorable D. Lowell Jensen, be vacated and re-set for April 20, 2007 at 9:00 a.m.
20
         The reason for this request is that Mr. Rodriguez has a state court appearance in Marin
21
   County Superior Court on the morning of March 16, 2007.  Defense counsel mistakenly informed
22
   the court that Mr. Rodriguez had court on March 12, 2007, at the time the March 16 date was
23
   requested.  The March 16 date has been confirmed with state defense counsel, James Nielsen of
24
   the Marin County Public Defender's Office.  Additional time will also allow the parties to have a
25
   better view of the state court proceedings, which will probably not conclude on March 16, 2007.
26

1
2
3     The Probation Officer has been contacted and he concurs in this request.
4
5  DATED: 3/15/07                              /S/
6                                           _____
                                            KIM BRIGGS
7                                           Assistant United States Attorney
8
9  DATED: 3/15/07
                                                /S/
10                                          _____
                                            JOHN PAUL REICHMUTH
11                                          Assistant Federal Public Defender
12
13  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    " conformed" signature (/S/) within this e-filed document.
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES OF AMERICA VS. DENNIS DANIEL SISON-RODRIGUEZ

### ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS FURTHER ORDERED that the REVOCATION STATUS HEARING date of March 16, 2007, presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for April 20, 2007 at 9:00 a.m.

DATED:

_____
HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE