IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. CR-06-00319-DLJ |
| Plaintiff, | **ORDER** |
| v. | |
| Dennis Daniel Sison Rodriguez, | |
| Defendant. | |

On April 20, 2007 a Supervised Release Violation Hearing was held in the above entitled case. John Paul Reichmuth appeared on behalf of the defendant and the government was represented by Alicia Fenrick.

The Court extends the defendant's supervised release term for a period of 6 months. The defendant is to reside in a halfway house, the Residential Reentry Center at 205 Macarthur Blvd. in Oakland, California. The defendant is to report to the halfway house on Monday, April 23, 2007.

**IT IS SO ORDERED.**

Dated: April 23, 2007

D. Lowell Jensen
UNITED STATES DISTRICT JUDGE